IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Faith Sage, as Trustee for the Next of Kin of Decedent Kassondra Sage,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bridgestone Americas Tire Operations, LLC, and Bridgestone/Firestone do Brasil Industrial e Comercio Ltda., and WalMart Inc. | Case No. 0:18-cv-03170<br><br>**STIPULATION OF DISMISSAL BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC** |

　　　　Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　1.　Plaintiff is Faith Sage, as Trustee for the next of kin of Decedent Kassondra Sage; Defendant is Bridgestone Americas Tire Operations, LLC ("Bridgestone Americas").

　　2.　On November 13, 2018, Plaintiff sued Defendants.

　　3.　On June 15, 2019, this Court granted dismissal of Bridgestone/Firestone do Brasil Industrial e Comercio Ltda., pursuant to a Stipulation of Dismissal filed by the parties.

　　4.　The Plaintiff and Bridgestone Americas have since settled this matter via mutual agreement.

　　5.　Pursuant to this settlement, Plaintiff moves to dismiss Bridgestone Americas from the suit. Bridgestone Americas, who filed its answer on January 16, 2019, agrees to the dismissal.

　　6.　This case is not a class action. A receiver has not been appointed in this case. This case is not governed by any federal statute that requires a court order for dismissal. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

　　7.　This dismissal does not apply to any claims pending against WalMart Inc.

　　8.　This dismissal is with prejudice to refiling.

9. Each party shall bear its own costs and no costs or disbursements are to be awarded to any party.

Date: April 28, 2021  By:  *s/ Tom Conlin*
  Attorney for Plaintiff

Date: April 28, 2021  By:  *s/ Julia Dayton Klein*
  Attorney for Bridgestone Americas Tire Operations, LLC

Date: May 6, 2021  By:  *s/ Angela Beranek Brandt*
  Attorney for Wal-Mart

46884363v1